**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY TRENDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a limited liability company, and DOES 1 through 30, inclusive, | Case No.: 2:25-cv-10553-PD<br><br>*Judge: Hon. Patricia Donahue*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 30, 2026 By: Patricia Donahue

Hon. Patricia Donahue
United States Magistrate Judge
Central District of California